**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| FRONTIER COMMUNICATIONS CORP., ET AL. | § § | CASE NO. 2:10-CV-265 (LEAD CASE) |
| YELLOWPAGES.COM, LLC, ET AL. | § | CASE NO. 2:10-CV-272 |
| GEORGIO ARMANI S.P.A., ET AL. | § | CASE NO. 2:10-CV-569 |
| AROMATIQUE, INC., ET AL. | § | CASE NO. 2:10-CV-570 |
| GUCCI AMERICA, INC., ET AL. | § | CASE NO. 2:10-CV-571 |
| RENT-A-CENTER, INC., ET AL. | § | CASE NO. 2:10-CV-573 |
| ROYAL PURPLE INC, ET AL. | § | CASE NO. 2:10-CV-575 |
| YAKIRA, LLC, ET AL. | § | CASE NO. 2:10-CV-587 |
| WHERE 2 GET IT INC., ET AL. | § | CASE NO. 2:11-CV-175 |
| EYE CARE CENTERS OF AMERICA, INC. | § | CASE NO. 2:11-CV-404 |
| AMERCO, ET AL. | § | CASE NO. 2:11-CV-421 |
| 7-ELEVEN, INC., ET AL. | § | CASE NO. 2:11-CV-424 |
| SUNBELT RENTALS, INC. | § | CASE NO. 2:11-CV-425 |
| CANON, INC., ET AL. | § | CASE NO. 2:12-CV-043 |
| AMERICAN APPAREL INC. | § | CASE NO. 2:12-CV-436 |
| ABERCROMBIE & FITCH CO. | § | CASE NO. 2:12-CV-437 |
| AMERICAN EAGLE OUTFITTERS INC.. | § | CASE NO. 2:12-CV-438 |
| ANN INC. | § | CASE NO. 2:12-CV-439 |
| BURLEIGH POINT LTD. | § | CASE NO. 2:12-CV-441 |
| CATALOGUE VENTURES, INC. | § | CASE NO. 2:12-CV-442 |
| BURBERRY LIMITED | § | CASE NO. 2:12-CV-443 |
| BURLINGTON FACTORY WAREHOUSE CORPORATION | § § | CASE NO. 2:12-CV-444 |
| CACHE INC. | § | CASE NO. 2:12-CV-445 |
| THE WILLIAM CARTER COMPANY | § | CASE NO. 2:12-CV-446 |
| CHARMING SHOPPES INC. | § | CASE NO. 2:12-CV-447 |
| CHICO'S FAS INC. | § | CASE NO. 2:12-CV-448 |
| CITI TRENDS INC. | § | CASE NO. 2:12-CV-449 |
| CLAIRE'S BOUTIQUES, INC. | § | CASE NO. 2:12-CV-450 |
| COLDWATER CREEK INC. | § | CASE NO. 2:12-CV-451 |
| DAVID'S BRIDAL INC. | § | CASE NO. 2:12-CV-452 |

| | | |
|---|---|---|
| DEB SHOPS INC. | § | CASE NO. 2:12-CV-453 |
| DELIAS INC. | § | CASE NO. 2:12-CV-454 |
| DIESEL U.S.A. INC. | § | CASE NO. 2:12-CV-456 |
| DONNA KARAN INTERNATIONAL, INC. | § | CASE NO. 2:12-CV-457 |
| LVMH MOET HENNESSY LOUIS VUITTON, INC. | § | CASE NO. 2:12-CV-458 |
| DOTS, LLC | § | CASE NO. 2:12-CV-459 |
| DRAPER'S & DAMON'S INC. | § | CASE NO. 2:12-CV-460 |
| EDDIE BAUER LLC | § | CASE NO. 2:12-CV-461 |
| ESPRIT US RETAIL LIMITED | § | CASE NO. 2:12-CV-462 |
| FACTORY CONNECTION LLC | § | CASE NO. 2:12-CV-463 |
| THE FINISH LINE INC. | § | CASE NO. 2:12-CV-464 |
| FOREVER 21 RETAIL INC. | § | CASE NO. 2:12-CV-465 |
| FORMAL SPECIALISTS LTD. | § | CASE NO. 2:12-CV-466 |
| FREDRICK'S OF HOLLYWOOD STORES, INC. | § | CASE NO. 2:12-CV-467 |
| GROUPE DYNAMITE, INC. D/B/A GARAGE | § | CASE NO. 2:12-CV-468 |
| GUESS? RETAIL INC. | § | CASE NO. 2:12-CV-469 |
| H&M HENNES & MAURITZ LP | § | CASE NO. 2:12-CV-470 |
| HANESBRANDS INC. | § | CASE NO. 2:12-CV-471 |
| HOT TOPIC INC. | § | CASE NO. 2:12-CV-472 |
| HUGO BOSS FASHION INC. | § | CASE NO. 2:12-CV-473 |
| J. CREW GROUP INC. | § | CASE NO. 2:12-CV-474 |
| JIMMY JAZZ INC. | § | CASE NO. 2:12-CV-475 |
| JOS. A. BANK CLOTHIERS INC. | § | CASE NO. 2:12-CV-476 |
| ALCO STORES INC. | § | CASE NO. 2:12-CV-477 |
| BROWN SHOE COMPANY INC. | § | CASE NO. 2:12-CV-480 |
| COLLECTIVE BRANDS INC. | § | CASE NO. 2:12-CV-481 |
| CROCS INC. | § | CASE NO. 2:12-CV-482 |
| DSW INC. D/B/A DSW SHOE INC. | § | CASE NO. 2:12-CV-483 |
| FLEET FEET INC. | § | CASE NO. 2:12-CV-484 |
| GENESCO INC. | § | CASE NO. 2:12-CV-486 |
| HEELY'S INC. | § | CASE NO. 2:12-CV-487 |
| JUSTIN BOOT COMPANY | § | CASE NO. 2:12-CV-488 |
| AMERICAN GREETING CORPORATION | § | CASE NO. 2:12-CV-520 |
| HALLMARK CARDS, INC. | § | CASE NO. 2:12-CV-521 |
| HICKORY FARMS INC. | § | CASE NO. 2:12-CV-522 |
| SPENCER GIFTS LLC | § | CASE NO. 2:12-CV-523 |
| INTERNATIONAL COFFEE & TEA, LLC | § | CASE NO. 2:12-CV-524 |
| THINGS REMEMBERED, INC. | § | CASE NO. 2:12-CV-525 |
| THE YANKEE CANDLE COMPANY, INC. | § | CASE NO. 2:12-CV-526 |
| BOSE CORPORATION | § | CASE NO. 2:12-CV-527 |
| GUITAR CENTER INC. | § | CASE NO. 2:12-CV-528 |

| | | |
|---|---|---|
| 24 HOUR FITNESS WORLDWIDE INC. | § | CASE NO. 2:12-CV-530 |
| BALLY TOTAL FITNESS CORPORATION | § | CASE NO. 2:12-CV-531 |
| BARE ESCENTIALS INC. | § | CASE NO. 2:12-CV-532 |
| BIOSCRIP INC. | § | CASE NO. 2:12-CV-533 |
| CRABTREE & EVELYN | § | CASE NO. 2:12-CV-534 |
| CURVES INTERNATIONAL INC. | § | CASE NO. 2:12-CV-535 |
| GOLD'S GYM INTERNATIONAL INC. | § | CASE NO. 2:12-CV-536 |
| GREAT CLIPS INC. | § | CASE NO. 2:12-CV-537 |
| L.A. FITNESS INTERNATIONAL INC. | § | CASE NO. 2:12-CV-538 |
| LIFE TIME FITNESS INC. | § | CASE NO. 2:12-CV-539 |
| M.A.C. COSMETICS INC. | § | CASE NO. 2:12-CV-540 |
| MERLE NORMAN COSMETICS | § | CASE NO. 2:12-CV-541 |
| VITAMIN COTTAGE NATURAL FOOD MARKETS, INC. | §§ | CASE NO. 2:12-CV-542 |
| REGIS CORPORATION | § | CASE NO. 2:12-CV-543 |
| SALLY BEAUTY SUPPLY LLC | § | CASE NO. 2:12-CV-544 |
| SEPHORA USA INC. | § | CASE NO. 2:12-CV-545 |
| ULTA SALON, COSMETICS & FRAGRANCE, INC. | § | CASE NO. 2:12-CV-547 |
| VITAMIN SHOPPE INDUSTRIES, INC. | § | CASE NO. 2:12-CV-548 |
| EYEMART EXPRESS, LTD. | § | CASE NO. 2:12-CV-549 |
| LUXOTTICA RETAIL NORTH AMERICA INC. | § | CASE NO. 2:12-CV-550 |
| NATIONAL VISION INC. | § | CASE NO. 2:12-CV-551 |
| U.S. VISION INC. | § | CASE NO. 2:12-CV-552 |
| BUTH-NA-BODHAIGE INC. | § | CASE NO. 2:12-CV-555 |
| PSP GROUP, LLC | § | CASE NO. 2:12-CV-556 |
| RITZ INTERACTIVE LLC | § | CASE NO. 2:12-CV-557 |
| WHERE 2 GET IT INC. V. GEOTAG, INC. | §§§§ | CASE NO. 2:12-CV-149 |

## **ORDER**

Before the Court are Plaintiff GeoTag, Inc.'s ("GeoTag") Opposed Motions to Enter GeoTag's Proposed Case Management Schedule, Postpone the Pretrial Conference and Trial Setting Date Four Months, and Create a Single Case Number for Consolidated Filings, filed in each of the above-styled cases. Additionally before the Court are the parties' Joint Motions for Entry of a Protective Order, filed in each of the above-styled cases. On February 5, 2013, the

Court consolidated the above-styled cases (Dkt. No. 380) and, on February 27, 2013, entered a single Discovery Order (Dkt. No. 479), Protective Order (Dkt. No. 480), and Docket Control Order (Dkt. No. 481) in the lead case.  Accordingly, the Court finds that GeoTag's Motions to Enter GeoTag's Proposed Case Management Schedule and the parties' Joint Motions for Entry of a Protective Order, as identified by docket number in the following table, should be and are hereby **DENIED AS MOOT**.

| Case Number | Motion to Enter GeoTag's Proposed Case Management Schedule – Docket Number | Joint Motion for Entry of a Protective Order – Docket Number |
| --- | --- | --- |
| 2:10-cv-265 | 338 | 376 |
| 2:10-cv-272 | 135 | 163 |
| 2:10-cv-569 | 180 | 208 |
| 2:10-cv-570 | 539 | 593 |
| 2:10-cv-571 | 454 | 499 |
| 2:10-cv-573 | 349 | 385 |
| 2:10-cv-575 | 559 | 601 |
| 2:10-cv-587 | 364 | 406 |
| 2:11-cv-175 | 347 | 386 |
| 2:11-cv-404 | 429 | 456 |
| 2:11-cv-421 | 77 | 109 |
| 2:11-cv-424 | 79 | 111 |
| 2:11-cv-425 | 69 | 96 |
| 2:12-cv-43 | 88 | 113 |
| 2:12-cv-149 | 76 | 104 |
| 2:12-cv-436 | 43 | 64 |
| 2:12-cv-437 | 43 | 75 |
| 2:12-cv-438 | 40 | 67 |
| 2:12-cv-439 | 42 | 77 |
| 2:12-cv-441 | 45 | 72 |
| 2:12-cv-442 | 42 | 68 |
| 2:12-cv-443 | 46 | 78 |
| 2:12-cv-444 | 42 | 68 |
| 2:12-cv-445 | 42 | 69 |
| 2:12-cv-446 | 42 | 69 |
| 2:12-cv-447 | 40 | 69 |
| 2:12-cv-448 | 42 | 68 |
| 2:12-cv-449 | 42 | 72 |
| 2:12-cv-450 | 42 | 70 |

| | | |
|---|---|---|
| 2:12-cv-451 | 45 | 80 |
| 2:12-cv-452 | 40 | 69 |
| 2:12-cv-453 | 35 | 48 |
| 2:12-cv-454 | 41 | 69 |
| 2:12-cv-456 | 42 | 70 |
| 2:12-cv-457 | 44 | 75 |
| 2:12-cv-458 | 44 | 77 |
| 2:12-cv-459 | 45 | 76 |
| 2:12-cv-460 | 41 | 68 |
| 2:12-cv-461 | 43 | 78 |
| 2:12-cv-462 | 41 | 68 |
| 2:12-cv-463 | 41 | 69 |
| 2:12-cv-464 | 42 | 68 |
| 2:12-cv-465 | 41 | 69 |
| 2:12-cv-466 | 40 | 69 |
| 2:12-cv-467 | 43 | 70 |
| 2:12-cv-468 | 41 | 77 |
| 2:12-cv-469 | 40 | 69 |
| 2:12-cv-470 | 42 | 70 |
| 2:12-cv-471 | 41 | 70 |
| 2:12-cv-472 | 42 | 65 |
| 2:12-cv-473 | 41 | 68 |
| 2:12-cv-474 | 53 | 84 |
| 2:12-cv-475 | 41 | 68 |
| 2:12-cv-476 | 40 | 67 |
| 2:12-cv-477 | 42 | 69 |
| 2:12-cv-480 | 42 | 68 |
| 2:12-cv-481 | 42 | 68 |
| 2:12-cv-482 | 41 | 76 |
| 2:12-cv-483 | 41 | 68 |
| 2:12-cv-484 | 38 | 51 |
| 2:12-cv-486 | 41 | 68 |
| 2:12-cv-487 | 41 | 68 |
| 2:12-cv-488 | 36 | 49 |
| 2:12-cv-520 | 38 | 67 |
| 2:12-cv-521 | 41 | 76 |
| 2:12-cv-522 | 37 | 63 |
| 2:12-cv-523 | 43 | 72 |
| 2:12-cv-524 | 38 | 65 |
| 2:12-cv-525 | 37 | 64 |
| 2:12-cv-526 | 39 | 66 |
| 2:12-cv-527 | 39 | 65 |
| 2:12-cv-528 | 38 | 64 |
| 2:12-cv-530 | 38 | 64 |
| 2:12-cv-531 | 35 | 71 |

| | | |
|---|---|---|
| 2:12-cv-532 | 37 | 69 |
| 2:12-cv-533 | 37 | 64 |
| 2:12-cv-534 | 38 | 70 |
| 2:12-cv-535 | 38 | 66 |
| 2:12-cv-536 | 38 | 71 |
| 2:12-cv-537 | 38 | 64 |
| 2:12-cv-538 | 39 | 74 |
| 2:12-cv-539 | 38 | 65 |
| 2:12-cv-540 | 42 | 70 |
| 2:12-cv-541 | 38 | 65 |
| 2:12-cv-542 | 38 | 67 |
| 2:12-cv-543 | 42 | 71 |
| 2:12-cv-544 | 39 | 76 |
| 2:12-cv-545 | 38 | 70 |
| 2:12-cv-547 | 38 | 67 |
| 2:12-cv-548 | 39 | 65 |
| 2:12-cv-549 | 38 | 65 |
| 2:12-cv-550 | 38 | 67 |
| 2:12-cv-551 | 42 | 72 |
| 2:12-cv-552 | 38 | 65 |
| 2:12-cv-555 | 38 | 64 |
| 2:12-cv-556 | 38 | 65 |
| 2:12-cv-556 | 39 | n/a |

**So ORDERED and SIGNED this 11th day of April, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE